**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis Andrew Ball, personally and as Benefactor of the Eleanor R. Ball IrreLvg Trust 05/10/01,<br><br>Plaintiff,<br><br>vs.<br><br>The City of Peoria, Arizona,<br><br>Defendant. | No. CV-09-0635-PHX-LOA<br><br>**ORDER** |

This matter arises on Plaintiff Dennis Andrew Ball's Motion for Exemption of Pacer.com fees, docket # 13. Plaintiff requests a waiver of PACER ("Public Access to Court Electronic Records" service) fees due to his *in forma pauperis* status.

Although district courts may allow indigent litigants to access PACER without charge for good cause shown, see Electronic Public Access Fee Schedule (reprinted with 28 U.S.C. § 1914), district court did not abuse its discretion in rejecting plaintiff's broad request for access to PACER. *Zied-Campbell v. Richman*, 2009 WL 766493, * 3 (3rd Cir. 2009); *Givens v. City and County of San Francisco*, 2009 WL 650264, (N.D.Cal. 2009) (request for the waiver of PACER fees is denied); *Freeland v. Sacramento City Police Dept.*, 2009 WL 545994 (E.D.Cal. 2009). "Plaintiff is not required to utilize the Court's electronic filing system, and nothing precludes him from filing paper documents with the Clerk's Office or

requesting that defendants and the Court serve documents to him by U.S. mail." *Jaax v. Jayhawk Marina, Inc.*, 2009 WL 1226742, * 1 (D.Kan. 2009).

Good cause not appearing,

**IT IS ORDERED** that Plaintiff's Motion for Exemption from fees for accessing PACER is **DENIED.**

DATED this 12th day of June, 2009.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge